United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17537-jkf
Jeffrey Stuckey                                                           Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1            Date Rcvd: Nov 21, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2017.
db              +Jeffrey Stuckey,    1834 S. 55th Street,    Philadelphia, PA 19143-5727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        ZACHARY  PERLICK    on behalf of Debtor Jeffrey  Stuckey Perlick@verizon.net,
        pirelandl@verizon.net
                                                                                        TOTAL: 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    JEFFREY STUCKEY            :        Chapter 13
                                     :
                                     :
          Debtor                     : Bankruptcy No. 17-17537

## O R D E R

      AND NOW, this        day of            , 2017 upon consideration of the debtor's motion for an extension of time, it is HEREBY ORDERED that said motion is GRANTED.  The debtor shall have an additional fourteen(14) days to comply with the Court's Order and shall file all required documents on or before December 4, 2017.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

**Date: November 21, 2017**

Movant's Counsel:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606