United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 17-17537-jkf
Jeffrey Stuckey                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Lisa              Page 1 of 2             Date Rcvd: Jan 12, 2018
                            Form ID: 309I           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2018.
db           +Jeffrey Stuckey,    1834 S. 55th Street,    Philadelphia, PA 19143-5727
tr           +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
               Reading, PA 19606-0410
14010035     +American Student AST,    100 Cambridge St,,    Suite 1600,    Boston, MA 02114-2567
14010037     +Collection Company of America,    700 Longwater Drive,    Norwell, MA 02061-1796
14010039     +Credit Acceptance,    PO Box 5070,   Southfield, MI 48086-5070
14010041     +Educational Loan Servicing,    PO Box 3176,    Winston Salem, NC 27102-3176
14036421      Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,    GLHEC and Affiliates,
               PO BOX 8961,    Madison, WI 53708-8961
14010051     +P.G.W.,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
14010053     +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
14010056     +USA Funds,    PO Box 6180,   Indianapolis, IN 46206-6180
14010058      Water Revenue Bureau,    1401 J.F.K. Blvd.,    Philadelphia, PA 19102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: Perlick@verizon.net Jan 13 2018 01:52:49     ZACHARY PERLICK,   1420 Walnut Street,
               Suite 718,    Philadelphia, PA  19102
smg           E-mail/Text: bankruptcy@phila.gov Jan 13 2018 01:54:35     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 13 2018 01:53:35
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 13 2018 01:54:15     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 13 2018 01:53:52     United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14010033     +EDI: AFNIRECOVERY.COM Jan 13 2018 01:43:00     Afni, Inc.,    PO Box 3247,
               Bloomington, IL 61702-3247
14010034      EDI: AIS.COM Jan 13 2018 01:43:00     American Infosource,    as agent for Insolve Recovery,
               PO Box 269093,   Oklahoma City, OK 73126-9093
14010036      EDI: CHASE.COM Jan 13 2018 01:43:00     Chase,   Cardmember Service,    PO Box 15153,
               Wilmington, DE 19886-5153
14010038     +EDI: COLLINSASSET.COM Jan 13 2018 01:43:00     Collins FInancial Services, Inc.,
               assignee of Citibank,    2101 West Ben White Blvd,    Suite 103,    Austin, TX 78704-7517
14010040     +EDI: ECMC.COM Jan 13 2018 01:43:00     ECMC,   PO Box 16408,    Saint Paul, MN 55116-0408
14010042     +E-mail/Text: bknotice@erccollections.com Jan 13 2018 01:53:58     Enhanced Recovery Co, LLC,
               8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
14010043     +EDI: HFC.COM Jan 13 2018 01:38:00     HSBC/ Household Finance,    PO Box 3425,
               Buffalo, NY 14240-3425
14010044      EDI: IRS.COM Jan 13 2018 01:43:00     Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14010045     +EDI: JEFFERSONCAP.COM Jan 13 2018 01:43:00     Jefferson Capital Systems,    PO Box 7999,
               Saint Cloud, MN 56302-9617
14010047     +EDI: RESURGENT.COM Jan 13 2018 01:43:00     LVNV Fuinding, LLC,    PO Box 10497,
               Greenville, SC 29603-0497
14010048      E-mail/Text: camanagement@mtb.com Jan 13 2018 01:53:06     M&T Bank,    PO Box 1288,
               Buffalo, NY 14240
14010049     +EDI: MID8.COM Jan 13 2018 01:43:00     Midland Funding, LLC,    8875 Aero Drive,    Suite 200,
               San Diego, CA 92123-2255
14010050      E-mail/Text: Bankruptcies@nragroup.com Jan 13 2018 01:55:09     National Recovery Agency,
               2491 Paxton St.,    Harrisburg, PA 17111-1036
14010052      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 13 2018 01:53:35     PA Department of Revenue,
               Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
14010055      EDI: AISTMBL.COM Jan 13 2018 01:38:00     T-Mobile,    PO Box 742596,    Cincinnati, OH 45274
14016419      EDI: AIS.COM Jan 13 2018 01:43:00     T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
14010057     +EDI: VERIZONEAST.COM Jan 13 2018 01:43:00     Verizon,    P.O. Box 8585,
               Philadelphia, PA 19173-0001
14010059     +E-mail/Text: BKRMailOps@weltman.com Jan 13 2018 01:54:00     Weltman, Weinberg & Reis, CO.,
               Frederic Weinberg, Esquire,    325 Chestnut Street, Sutie 501,    Philadelphia, PA 19106-2605
                                                                                               TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    P.O. Box 4010,
               Reading, PA 19606-0410
14010046*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems,     PO Box 7999,
               Saint Cloud, MN 56302-9617)

```
District/off: 0313-2           User: Lisa                  Page 2 of 2                  Date Rcvd: Jan 12, 2018
                               Form ID: 309I               Total Noticed: 34
```

14010054      ##RJM Acquisition, LLC,    575 Underhill Blvd., Suite 224,    Syosset, NY 11791-3416

TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY  PERLICK    on behalf of Debtor Jeffrey  Stuckey Perlick@verizon.net,
               pireland1@verizon.net

TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey Stuckey** | Social Security number or ITIN | xxx–xx–9991 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 11/6/17 |
| Case number: | 17–17537–jkf | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                           12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeffrey Stuckey | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1834 S. 55th Street<br>Philadelphia, PA 19143 | |
| 4. | **Debtor's attorney**<br>Name and address | ZACHARY PERLICK<br>1420 Walnut Street<br>Suite 718<br>Philadelphia, PA 19102 | Contact phone (215) 569–2922<br>Email: Perlick@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 1/12/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 9, 2018 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/10/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/10/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/5/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $250.00 per month for 36 months. **The hearing on confirmation will be held on: 3/21/18 at 9:30 AM Location:Courtroom #3, 900 Market Street, Philadelphia PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |