UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

    JEFFREY STUCKEY                     : Bankruptcy No. 17-17537JKF

        Debtor(s)                          : Chapter 13

## PRAECIPE

Please withdraw the Trustee's Motion to Dismiss filed on or about February 27, 2018 as docket number 19 in the above referenced case.

                                      Respectfully submitted,

Date: February 27, 2018                    */s/Polly A. Langdon*
                                          Polly A. Langdon, Esq.
                                          for
                                          Frederick L. Reigle, Esq.
                                          Chapter 13 Standing Trustee