IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      JEFFREY STUCKEY         :      CHAPTER 13
                                    :
                                    :
            DEBTOR                  :      BANKRUPTCY No. 17-17537 JKF

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 4,500.00 |
| Total expense cost: | $     20.00 |
| Attorney fee already paid by Debtor | $ 1,000.00 |
| Net amount to be paid by Trustee | $ 3,520.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
**Date: October 17, 2018**              THE HONORABLE JEAN K. FITZSIMON

Dated: