IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      JEFFREY STUCKEY        :      CHAPTER 13
                                   :
                                   :
            DEBTOR                 :      BANKRUPTCY No. 17-17537

ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby approved.

BY THE COURT:

**Date: February 6, 2019**

_____
THE HONORABLE JEAN K. FITZSIMON

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Interim Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

JEFFREY STUCKEY
1834 S. 55th Street
Philadelphia, PA 19143