United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeffrey Stuckey
    Debtor

Case No. 17-17537-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Feb 06, 2019
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2019.
db         +Jeffrey Stuckey,  1834 S. 55th Street,  Philadelphia, PA 19143-5727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2019 at the address(es) listed below:
        FREDERICK L. REIGLE    on behalf of Trustee   FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee   FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        ROLANDO RAMOS-CARDONA    on behalf of Trustee   FREDERICK L. REIGLE
         RRamos-Cardona@fredreiglech13.com
        SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        ZACHARY PERLICK    on behalf of Plaintiff Jeffrey A. Stuckey Perlick@verizon.net,
         pireland1@verizon.net
        ZACHARY PERLICK    on behalf of Debtor Jeffrey Stuckey Perlick@verizon.net,
         pireland1@verizon.net
                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     JEFFREY STUCKEY         :     CHAPTER 13
                                   :
                                   :
           DEBTOR                  :     BANKRUPTCY No. 17-17537

ORDER

AND NOW, this         day of            , 2019, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby approved.

BY THE COURT:

**Date: February 6, 2019**

_____
THE HONORABLE JEAN K. FITZSIMON

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Interim Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

JEFFREY STUCKEY
1834 S. 55th Street
Philadelphia, PA 19143