**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | JEFFREY STUCKEY | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 17-17537 JKF |

**SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee and costs award:            $500.00
Net amount to be paid by the Trustee awarded: $500.00

This amount may be paid by the chapter 13 trustee in accordance with the terms of the confirmed plan.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

Dated: February 22, 2019

cc:   Scott Waterman, Trustee
      2901 St. Lawrence Avenue
      Suite 100
      Reading, PA 19606

      Zachary Perlick, Esquire
      1420 Walnut Street, Suite 718
      Philadelphia, PA  19102
      (215) 569-2922

      Debtor