United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeffrey Stuckey  
    Debtor

Case No. 17-17537-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John    Page 1 of 1    Date Rcvd: Dec 19, 2019  
                       Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.  
db         +Jeffrey Stuckey,   1834 S. 55th Street,   Philadelphia, PA 19143-5727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: megan.harper@phila.gov Dec 20 2019 03:32:54   City of Philadelphia,  
        City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
        Philadelphia, PA  19102-1595  
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2019 03:32:23  
        Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
        Harrisburg, PA  17128-0946  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2019 03:32:43   U.S. Attorney Office,  
        c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                 TOTAL: 3

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
        ecf_frpa@trustee13.com  
        KEVIN G. MCDONALD   on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com  
        ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        ZACHARY  PERLICK    on behalf of Plaintiff Jeffrey A. Stuckey Perlick@verizon.net,  
        pireland1@verizon.net  
        ZACHARY  PERLICK    on behalf of Debtor Jeffrey  Stuckey Perlick@verizon.net,  
        pireland1@verizon.net  
                                                                                TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JEFFREY STUCKEY      :   CHAPTER 13
                              :
                              :
         DEBTOR               :   BANKRUPTCY No. 17-17537

<u>ORDER</u>

AND NOW, this          day of            , 2019, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby approved.

BY THE COURT:

**Date: December 18, 2019**

_____
THE HONORABLE JEAN K. FITZSIMON

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Scott F. Waterman, Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

JEFFREY STUCKEY
1834 S. 55th Street
Philadelphia, PA 19143