**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      JEFFREY STUCKEY          :          CHAPTER 13
                                     :
                                     :
            DEBTOR                   :          Bankruptcy No. 17-17537JFK


ORDER


AND NOW, this      day of      , 2020, it is hereby ORDERED that if Jeffrey Stuckey (the "DEBTOR") and M&T Bank ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the previous provisions of 11 U.S.C. 362.


BY THE COURT:

_____
JEAN K. FITZSIMON
UNITED BANKRUPTCY JUDGE

**Date: January 8, 2020**

Service List:
William C. Miller, Trustee
Via electronic mail

United States Trustee
Via electronic mail