United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeffrey Stuckey
       Debtor

Case No. 17-17537-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: John         Page 1 of 1         Date Rcvd: Jan 08, 2020
                       Form ID: pdf900     Total Noticed: 6

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db             +Jeffrey Stuckey,    1834 S. 55th Street,    Philadelphia, PA 19143-5727
14019019       +M&T BANK,    c/o MATTEO SAMUEL WEINER,    KML Law Group P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 09 2020 03:14:51     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2020 03:14:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 09 2020 03:14:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14010048        E-mail/Text: camanagement@mtb.com Jan 09 2020 03:14:18     M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240
                                                                                   TOTAL: 4


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14103915*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court: M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288)
                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
                ecf_frpa@trustee13.com
              KEVIN G. MCDONALD   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              ROLANDO RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY PERLICK   on behalf of Debtor Jeffrey  Stuckey Perlick@verizon.net,
                pirelandl@verizon.net
              ZACHARY PERLICK   on behalf of Plaintiff Jeffrey A. Stuckey Perlick@verizon.net,
                pirelandl@verizon.net
                                                                                   TOTAL: 9
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        JEFFREY STUCKEY        :        CHAPTER 13
                                     :
                                     :
              DEBTOR                 :        Bankruptcy No. 17-17537JFK

<u>ORDER</u>

AND NOW, this        day of        , 2020, it is hereby ORDERED that if Jeffrey Stuckey
(the "DEBTOR") and M&T Bank ("Mortgagee") elect to enter into the proposed loan
modification under the terms proposed by the Mortgagee, the debtor and Mortgagee may do so
without there being any violation of the bankruptcy stay, or the previous provisions of 11 U.S.C.
362.

BY THE COURT:

_____
**Date: January 8, 2020**

JEAN K. FITZSIMON
UNITED BANKRUPTCY JUDGE

Service List:
William C. Miller, Trustee
Via electronic mail

United States Trustee
Via electronic mail