Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 17-17537-AMC

JEFFREY STUCKEY  
1834 S 55TH STREET  
PHILADELPHIA PA   19143

Petition Filed Date: 11/07/2017  
341 Hearing Date: 02/09/2018  
Confirmation Date: 10/17/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $344.00 | 25664913167 | 02/05/2019 | $20.00 | 25664922101 | 02/26/2019 | $200.00 | 25664935948 |
| 03/05/2019 | $163.00 | 25664909804 | 03/26/2019 | $200.00 | 25664956266 | 04/02/2019 | $163.00 | 25664978891 |
| 04/23/2019 | $200.00 | 25664967988 | 05/07/2019 | $163.00 | 25664982120 | 05/28/2019 | $150.00 | 25664988431 |
| 06/10/2019 | $200.00 | 25664990747 | 06/26/2019 | $150.00 | 26014358632 | 07/09/2019 | $200.00 | 26014356933 |
| 07/23/2019 | $200.00 | 26014366787 | 08/20/2019 | $200.00 | 26090540291 | 09/04/2019 | $164.00 | 26090548773 |
| 09/24/2019 | $200.00 | 26090528872 | 10/09/2019 | $163.00 | 26090567267 | 10/23/2019 | $200.00 | 26090566154 |
| 11/06/2019 | $165.00 | 26090566648 | 11/20/2019 | $200.00 | 26195666218 | 12/04/2019 | $163.00 | 26195659852 |
| 12/26/2019 | $200.00 | 26442234088 | 01/07/2020 | $163.00 | 26442231928 | 01/22/2020 | $200.00 | 26442232920 |
| 02/05/2020 | $163.00 | 26475151858 | 02/19/2020 | $200.00 | 26475174000 | 03/03/2020 | $163.00 | 26475182188 |
| 03/24/2020 | $200.00 | 26556752608 | 04/14/2020 | $164.00 | 26516519695 | 05/14/2020 | $164.00 | 26516527536 |
| 05/19/2020 | $200.00 | 26516533746 | 06/02/2020 | $163.00 | 26516534736 | 06/24/2020 | $200.00 | 26732304720 |
| 07/07/2020 | $165.00 | 26732312504 | 07/21/2020 | $200.00 | 26732307813 | 08/05/2020 | $164.00 | 26579592145 |

**Total Receipts for the Period: $6,517.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,771.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $263.04 | $0.00 | $263.04 |
| 2 | EDUCATIONAL CREDIT MGMT CORP<br>»» 002 | Unsecured Creditors | $36,925.96 | $0.00 | $36,925.96 |
| 3 | GLHEC & AFFILIATES<br>»» 003 | Unsecured Creditors | $8,854.05 | $0.00 | $8,854.05 |
| 9 | M&T BANK<br>»» 009 | Mortgage Arrears | $492.90 | $492.90 | $0.00 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $3,244.29 | $1,263.65 | $1,980.64 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $4,335.00 | $1,688.52 | $2,646.48 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $1,587.00 | $618.16 | $968.84 |
| 8 | PYOD LLC<br>»» 008 | Unsecured Creditors | $1,068.80 | $0.00 | $1,068.80 |
| 4 | US DEPARTMENT OF EDUCATION<br>»» 004 | Unsecured Creditors | $3,209.03 | $0.00 | $3,209.03 |
| 10 | ZACHARY PERLICK ESQ<br>»» 010 | Attorney Fees | $3,520.00 | $3,520.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10 | ZACHARY PERLICK ESQ<br>»» 10P | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,771.00 | Current Monthly Payment: | $310.00 |
| Paid to Claims: | $8,583.23 | Arrearages: | ($82.00) |
| Paid to Trustee: | $860.17 | Total Plan Base: | $16,199.00 |
| Funds on Hand: | $327.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.