Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 17-17537-AMC

JEFFREY STUCKEY  
1834 S 55TH STREET  
PHILADELPHIA PA    19143

Petition Filed Date: 11/07/2017  
341 Hearing Date: 02/09/2018  
Confirmation Date: 10/17/2018

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $163.00 | 26442231928 | 01/22/2020 | $200.00 | 26442232920 | 02/05/2020 | $163.00 | 26475151858 |
| 02/19/2020 | $200.00 | 26475174000 | 03/03/2020 | $163.00 | 26475182188 | 03/24/2020 | $200.00 | 26556752608 |
| 04/14/2020 | $164.00 | 26516519695 | 05/14/2020 | $164.00 | 26516527536 | 05/19/2020 | $200.00 | 26516533746 |
| 06/02/2020 | $163.00 | 26516534736 | 06/24/2020 | $200.00 | 26732304720 | 07/07/2020 | $165.00 | 26732312504 |
| 07/21/2020 | $200.00 | 26732307813 | 08/05/2020 | $164.00 | 26579592145 | 08/21/2020 | $200.00 | 26806711454 |
| 09/09/2020 | $111.00 | 26806719767 | 09/28/2020 | $200.00 | 26806714097 | 10/06/2020 | $163.00 | 26806734134 |
| 10/27/2020 | $200.00 | 26981102250 | 11/09/2020 | $163.00 | 26806753282 | 11/25/2020 | $200.00 | 26806763564 |
| 12/15/2020 | $164.00 | 26806760864 | 01/04/2021 | $200.00 | 26806732558 | 01/22/2021 | $200.00 | 26806787831 |
| 02/11/2021 | $163.00 | 27199200148 | 03/02/2021 | $200.00 | 27101666823 | 03/22/2021 | $200.00 | 27121016766 |
| 03/22/2021 | $163.00 | 27121004403 | 04/05/2021 | $165.00 | 27121043428 | 04/16/2021 | $200.00 | 27101658363 |
| 04/30/2021 | $165.00 | 27121045162 | 05/18/2021 | $200.00 | 27121099836 | | | |

**Total Receipts for the Period: $5,766.00    Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $13,028.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $263.04 | $0.00 | $263.04 |
| 2 | EDUCATIONAL CREDIT MGMT CORP<br>»» 002 | Unsecured Creditors | $36,925.96 | $0.00 | $36,925.96 |
| 3 | GLHEC & AFFILIATES<br>»» 003 | Unsecured Creditors | $8,854.05 | $0.00 | $8,854.05 |
| 9 | M&T BANK<br>»» 009 | Mortgage Arrears | $492.90 | $492.90 | $0.00 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $3,244.29 | $2,444.15 | $800.14 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $4,335.00 | $3,265.88 | $1,069.12 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $1,587.00 | $1,195.61 | $391.39 |
| 8 | PYOD LLC<br>»» 008 | Unsecured Creditors | $1,068.80 | $0.00 | $1,068.80 |
| 4 | US DEPARTMENT OF EDUCATION<br>»» 004 | Unsecured Creditors | $3,209.03 | $0.00 | $3,209.03 |
| 10 | ZACHARY PERLICK ESQ<br>»» 010 | Attorney Fees | $3,520.00 | $3,520.00 | $0.00 |
| 10 | ZACHARY PERLICK ESQ<br>»» 10P | Attorney Fees | $500.00 | $500.00 | $0.00 |

| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,028.00 | Current Monthly Payment: | $310.00 |
| Paid to Claims: | $11,918.54 | Arrearages: | ($239.00) |
| Paid to Trustee: | $1,109.46 | Total Plan Base: | $16,199.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.