**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                    **Chapter 13**
         **JEFFREY  STUCKEY**
                                                          **Case No.17-17537-AMC**

                  **Debtor**

# NOTICE OF COMPLETION OF PLAN PAYMENTS

Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local

Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of

Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee

payments under the confirmed Chapter 13 plan. The Trustee requests that any wage order entered

in this case be terminated and the employer cease wage withholding.


                                        **Office of the Chapter 13 Trustee**



Date: April 25, 2022                    By:  */s/ Scott F. Waterman*
                                        _____
                                        Scott F. Waterman, Esquire, Chapter 13 Trustee
                                        2901 St. Lawrence Avenue, Suite 100
                                        Reading, PA  19606
                                        (610)779-1313 (Phone)
                                        (610)779-3637 fax