United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 17-17537-amc

Jeffrey Stuckey                                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                                                User: admin                                                       Page 1 of 3

Date Rcvd: Jul 29, 2022                                                     Form ID: 138OBJ                                            Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Stuckey, 1834 S. 55th Street, Philadelphia, PA 19143-5727 |
| 14010056 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, USA Funds, PO Box 6180, Indianapolis, IN 46206 |
| 14010037 | + | Collection Company of America, 700 Longwater Drive, Norwell, MA 02061-1796 |
| 14010041 | + | Educational Loan Servicing, PO Box 3176, Winston Salem, NC 27102-3176 |
| 14019019 | + | M&T BANK, c/o MATTEO SAMUEL WEINER, KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14010051 | + | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14010053 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14010054 | | RJM Acquisition, LLC, 575 Underhill Blvd., Suite 224, Syosset, NY 11791-3416 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 30 2022 00:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2022 00:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14010033 | + | Email/Text: EBNProcessing@afni.com | Jul 30 2022 00:49:00 | Afni, Inc., PO Box 3247, Bloomington, IL 61702-3247 |
| 14010034 | | Email/PDF: ebn_ais@aisinfo.com | Jul 30 2022 00:56:50 | American Infosource, as agent for Insolve Recovery, PO Box 269093, Oklahoma City, OK 73126-9093 |
| 14096941 | | Email/Text: megan.harper@phila.gov | Jul 30 2022 00:49:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14010038 | + | Email/Text: bnc@bass-associates.com | Jul 30 2022 00:49:00 | Collins FInancial Services, Inc., assignee of Citibank, 2101 West Ben White Blvd, Suite 103, Austin, TX 78704-7517 |
| 14010039 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 30 2022 00:49:00 | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 14010040 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 30 2022 00:49:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14010042 | + | Email/Text: bknotice@ercbpo.com | Jul 30 2022 00:49:00 | Enhanced Recovery Co, LLC, 8014 Bayberry Rd., Jacksonville, FL 32256-7412 |
| 14010043 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 30 2022 00:49:00 | HSBC/ Household Finance, PO Box 3425, Buffalo, NY 14240-3425 |

Case 17-17537-amc    Doc 112    Filed 07/31/22    Entered 08/01/22 00:31:15    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2022 | Form ID: 138OBJ | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14010044 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 30 2022 00:49:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14010045 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 30 2022 00:49:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14010036 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 30 2022 00:56:49 | Chase, Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 14010047 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2022 00:56:49 | LVNV Fuinding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14010048 | | Email/Text: camanagement@mtb.com | Jul 30 2022 00:49:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240 |
| 14010049 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2022 00:49:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14010050 | + | Email/Text: Bankruptcies@nragroup.com | Jul 30 2022 00:49:00 | National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 14036421 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 30 2022 00:49:00 | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 14010052 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2022 00:49:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14103029 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2022 00:56:52 | PYOD, LLC its successors and assigns as assignee, of Sterling Jewelers, Inc., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14010055 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jul 30 2022 00:56:47 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 14016419 | | Email/PDF: ebn_ais@aisinfo.com | Jul 30 2022 00:56:49 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14095234 | | Email/Text: EDBKNotices@ecmc.org | Jul 30 2022 00:49:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14010057 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 30 2022 00:49:00 | Verizon, P.O. Box 8585, Philadelphia, PA 19173-0001 |
| 14010058 | | Email/Text: megan.harper@phila.gov | Jul 30 2022 00:49:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |
| 14010059 | | Email/Text: BKRMailOps@weltman.com | Jul 30 2022 00:49:00 | Weltman, Weinberg & Reis, CO., Frederic Weinberg, Esquire, 325 Chestnut Street, Sutie 501, Philadelphia, PA 19106-2614 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14097145 | *+ | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14010046 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14103915 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14010035 | ##+ | American Student AST, 100 Cambridge St,, Suite 1600, Boston, MA 02114-2518 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 29, 2022 | Form ID: 138OBJ | Total Noticed: 34 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2022            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Plaintiff Jeffrey A. Stuckey Perlick@verizon.net pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Debtor Jeffrey Stuckey Perlick@verizon.net pireland1@verizon.net |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jeffrey Stuckey

        Debtor(s)

Case No: 17−17537−amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                    Suite 400
             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/29/22